**ORIGINAL FILED**

06 SEP 13 AM 9: 47

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:    DEPUTY

1  Michael I. Spiegel – SBN 32651
   Charles M. Kagay – SBN 73377
2  Donald C. Smaltz – SBN 37312
     Of Counsel
3  SPIEGEL LIAO & KAGAY, LLP
   388 Market Street, Suite 900
4  San Francisco, California 94111
   Telephone: (415) 956-5959
5
   Attorneys for Appellant/Appellee
6    Scott A. McMillan

7  Vern D. Blanchard
   539 Steffy Road
8  Ramona, CA 92065
   (760) 789-2442
9  (760) 789-2777 facsimile

10 Appellee/Appellant in pro se

11

12
                    UNITED STATES DISTRICT COURT
13
                   SOUTHERN DISTRICT OF CALIFORNIA
14

15 | In re                          | Civil Nos.: 06cv146-LAB(WMc)
                                    | and 06cv580-LAB(WMc)
16 | VERN D. BLANCHARD dba
   | AMERICAN MULTI-SYSTEMS,        | Bankruptcy Case No. 96-12037-
17 |                                | H7
18 |                       Debtor.  | Bankruptcy Adv. No. 99-90357

19                                    BAP No. SC-05-1112
20

21
         STIPULATION AND ~~(PROPOSED)~~ ORDER RE BRIEFING SCHEDULE
22

23     By Order filed August 1, 2006, the Court directed the parties to stipulate to a schedule

24 to complete briefing in the above-captioned appeals.

25     The parties STIPULATE as indicated below.

26

                                         1

1  Dated:

2

3                                          _____
                                            Charles M. Kagay
4                                           Attorney for Scott A. McMillan

   Dated:
5

6

7                                          _____
                                            Vera Blanchard

8                                      **ORDER**

9       Briefing of the above-captioned bankruptcy appeals will be completed according to

10  Local Rule 7.1.e, governing the time for briefing in motion practice, *as calculated*

11  *from the September 18, 2006 hearing date on calendar*.

                                        IT IS SO ORDERED.
12  Dated:  9-7-06

13                                         _____
                                            Larry A. Burns
14                                          Hon. Larry Alan Burns
                                            United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

                                              2

## DECLARATION OF SERVICE BY MAIL

RE:   IN RE VERN D. BLANCHARD dba AMERICAN MULTI-SYSTEMS
        Civil Nos.: 06cv146-LAB(WMc) and 06-cv580-LAB(WMc)
        Bankruptcy Case Nos. 96-12037-H7; 99-90357
        BAP No. SC-05-1112

I, Cynthia Shannon, declare that I am over 18 years of age, employed in the county of San Francisco, and not a party to the within action; my business address is 388 Market Street, Suite 900, San Francisco, California 94111. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On September 5, 2006, I served a true copy of the following document(s):

**STIPULATION AND (PROPOSED) ORDER RE BRIEFING SCHEDULE**

on all the party or parties named below, in this action, by placing a true copy thereof in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the united States Postal Service that same day in the ordinary course of business, addressed as follows:

Gary B. Rudolph
Sparber Rudolph Annen, PLC
701 "B" Street, Suite 1000
San Diego  CA  92101

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on September 5, 2006, at San Francisco, California.

___Cynthia Shannon___                    _(signature)_
   (Typed name)                              (Signature)

P:\MyFiles\596\596 DECL OF SERVICE-2005.wpd